LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM EDWARDS III, ) | No. CV 16-07481-PLA |
| ) | |
|    Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|    v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|    Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED SEVENTY-FOUR DOLLARS AND 24/100 ($2,974.24) subject to the terms of the stipulation.

DATE: September 18, 2017       _____

                                                HON. PAUL L. ABRAMS,
                                                UNITED STATES MAGISTRATE JUDGE